**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01706-RPM-CBS

MOISES VALDEZ,

Plaintiff,
v.

VISION FINANCIAL CORP., a New York corporation, and
JEFFERSON CAPITAL SYSTEMS, LLC, a Georgia limited liability company,

Defendants.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

BY THE COURT:

August 17th, 2011                              s/Richard P. Matsch
_____                    _____
DATE                                              Richard P. Matsch, Senior District Judge